IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD A. BRYANT                                                PLAINTIFF

v.                          No. 4:13-cv-586-DPM

UNITED STATES OF AMERICA                                        DEFENDANT

ORDER

Bryant has filed another case about his tax problems. *Bryant v. Internal Revenue Service*, 4:10-cv-1175-JLH (E.D. Ark. 2010); *Bryant v. Internal Revenue Service*, 4:10-cv-1978-BSM (E.D. Ark. 2010); *Bryant v. Texas Lottery Commission*, 4:10-cv-2039-SWW (E.D. Ark. 2010); *Bryant v. Texas Lottery Commission*, 4:11-cv-51-DPM (E.D. Ark. 2011); *Bryant v. United States of America*, 4:13-cv-00376-KGB (E.D. Ark. 2013); *Bryant v. United States of America*, 4:13-cv-424-DPM (E.D. Ark. 2013). The Court ordered Bryant to file an amended petition clarifying his claims and allegations. № 5. He filed more papers. № 6 & 7. Bryant also wrote a letter directly to me, which I had the Clerk file. № 8.

On screening, 28 U.S.C. § 1915(e)(2), Bryant's amended petition and all his papers fail to state a claim. № 6, 7, & 8. As best the Court can understand, Bryant is still trying to litigate issues decided against him with prejudice in

the earlier cases. *Bryant v. Texas Lottery Commission*, 4:11-cv-51-DPM, № 31 (E.D. Ark. 16 March 2011). Case dismissed as frivolous. All pending motions are denied as moot.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2013