IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD A. BRYANT                                                    PLAINTIFF

v.                              No. 4:13-cv-586-DPM

UNITED STATES OF AMERICA                                            DEFENDANT

JUDGMENT

The complaint is dismissed.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2013